UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>B.C.I. FINANCES PTY LIMITED (IN LIQUIDATION),<br><br>                    Debtor.<br><br>ANDREW BINETTER, SAMANTHA KELLIHER, *and* MICHAEL BINETTER,<br><br>                    Appellants,<br><br>          v.<br><br>JOHN SHEAHAN, in his capacity as Foreign Representative for the Foreign Debtors,<br><br>                  Appellee. | **Bankruptcy Appeal Scheduling Order**<br><br>25 Civ. 4815 (ER) |

       The above-entitled Bankruptcy Appeal has been assigned to Judge Ramos. The appeal was docketed in the District Court on **June 6, 2025**. The attention of all parties is directed to Rule 8018 of the Federal Bankruptcy Rules, which provides for the dates within which briefs are to be served and filed. That rule will be adhered to.

       The Court will advise the parties of the date and time of any oral argument to be scheduled.

It is SO ORDERED.

Dated:  June 26, 2025
         New York, New York

                                                                                     Edgardo Ramos, U.S.D.J.