**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

In re:

B.C.I. FINANCES PTY LIMITED (In Liquidation), et al.,

Foreign Debtors.

------------------------------------------------------------------X

ANDREW BINETTER, SAMANTHA KELLIHER, and MICHAEL BINETTER,

Appellants,

25 **CIVIL** 4815 (ER)

-against-

**JUDGMENT**

JOHN SHEAHAN, in his capacity as Foreign Representative for the Foreign Debtors,

Appellee.

------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2026, the decision of the bankruptcy court is AFFIRMED. The Appellants' request for oral argument is also DENIED pursuant to Federal Rule of Bankruptcy Procedure 8019(b)(3); accordingly, the case is closed.

**Dated:** September 30, 2026
New York, New York

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Duleh

**Deputy Clerk**